# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**KAREN SCHARENBERG,**

     Plaintiff,

  **-vs-**

**Case No. 06-C-539**

**RAUSCH, STURM, ISRAEL & HORNICK, S.C.,**
**and ROBERT HORNIK,**

     Defendants.

## ORDER DISMISSING WITH PREJUDICE

  ON THIS DAY came on to be heard plaintiff's Agreed Motion to Dismiss with Prejudice. The Court finds that such motion should be granted.

  IT IS THEREFORE ORDERED that the above-entitled and numbered action is hereby dismissed with prejudice to the re-filing of same. All costs of court are hereby taxed against the party incurring same. All other relief is denied. This is a final judgment and the Clerk is directed to close the file.

  SIGNED this 1st day of November, 2006.

          **SO ORDERED,**

          s/ Rudolph T. Randa
          **HON. RUDOLPH T. RANDA**
          **Chief Judge**